1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com

5  Attorneys for Plaintiff

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12  DELIPA M. GUZMAN,                ) Case No.: CV 009-133 JC
                                     )
13           Plaintiff,              ) [PROPOSED] ORDER AWARDING
                                     ) EAJA ATTORNEY FEES
14  v.                               )
                                     )
15  MICHAEL J. ASTRUE, Commissioner  )
    of Social Security,              )
16                                   )
                                     )
17           Defendant.              )

18

19       Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21  Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

22  the amount of TWO THOUSAND FOUR HUNDRED DOLLARS ($2,400.00) as

23  authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

24  Stipulation.

25

26  DATE:    July 10, 2009

27                          _____/s/_____
                            THE HONORABLE JACQUELINE CHOOLJIAN
28                          UNITED STATES MAGISTRATE JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28